# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131787

ACORN INVESTMENT COMPANY,
      Plaintiff-Appellee,

v

ANTONIO MCKELTON,
      Defendant/Cross-Plaintiff-
      Appellant,

and

ARGENT MORTGAGE COMPANY, L.L.C.,
      Defendant-Appellant,

and

ARMOUR NORRIS,
      Defendant/Cross-Defendant,

and

ACE I TITLE AGENCY, L.L.C.,
      Defendant.
_____/

SC: 131787
COA: 259662
Wayne CC: 03-326029-CH

      On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

d1023